IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PENTECH INFUSIONS, INC.,

    Plaintiff,

vs.                                                    No. 05-2536-D/V

MEMPHIS MANAGED CARE CORP.
d/b/a TLC FAMILY CARE HEALTHPLAN,

    Defendant.

---

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

The defendant Memphis Managed Care Corp. d/b/a TLC Family Care Healthplan having moved for an extension of thirty (30) days to respond to the Complaint and there being no objection thereto by the plaintiff and for good cause shown

IT IS ORDERED that the defendant Memphis Managed Care Corp d/b/a TLC Family Care Healthplan shall have to and including September 16, 2005 to respond to the Complaint.

This 8th day of August, 2005.

                                                        /s/ Diane K. Vescovo
                                                       UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                      MAGISTRATE

FILED BY _____ D.C.
05 AUG -8 AM 11: 26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-8-05

④

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02536 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT