IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PENTECH INFUSIONS, INC.,

    Plaintiff,

vs.                                                       No. 05-2536-D/V

MEMPHIS MANAGED CARE CORP.
d/b/a TLC FAMILY CARE HEALTHPLAN,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held December 8, 2005. Present were Henry T.V. Miller, counsel for plaintiff, and Jef Feibelman, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): December 22, 2005.

JOINING PARTIES: February 8, 2006

AMENDING PLEADINGS: February 8, 2006

INITIAL MOTIONS TO DISMISS: March 8, 2006

COMPLETING ALL DISCOVERY: August 7, 2006

    (a)    DOCUMENT PRODUCTION: April 7, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: August 7, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: June 7, 2006



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

  (2)  DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: July 7, 2006

  (3)  EXPERT WITNESS DEPOSITIONS: August 7, 2006

FILING DISPOSITIVE MOTIONS: September 7, 2006

OTHER RELEVANT MATTERS:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules of prior to that date.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  This case is set for non-jury trial, and the trial is expected to last __3__ day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

  This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private medication after the close of discovery.

  The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reason for which a reply is required.

  The parties have not consented to trial before the magistrate judge.

  This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

  IT IS SO ORDERED.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES DISTRICT COURT JUDGE

Dated: _November 30, 2005_

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02536 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT